In the Matter of the Application of the BROOKLYN BAR ASSOCIATION in Respect of LEON MOSHKOW, an Attorney and Counselor at Law, Respondent. In the Matter of the Application of the BROOKLYN BAR ASSOCIATION in Respect of LEON NECKRITZ, an Attorney and Counselor at Law, Respondent.— The respondents deliberately failed to advise the committee on character and fitness of certain shortcomings in each of their lives, which should have been disclosed in order that the committee might be fully advised of incidents of their lives which might have affected their characters. Nothing presented before the official referee exculpates or excuses them. On the contrary, the official referee has found, and the proof warrants a finding, that the respondents testified falsely before him when they insisted they did not know another was doing a wrongful and illegal act in their behalf. The court cannot treat seriously the proffered excuse that they took the advice of a lawyer of long experience in answering in the negative a question which it is now conceded should have been answered in the affirmative. The most favorable aspect of that phase of the case for them is that they sought the advice in preparation of a defense to a possible charge that the facts were concealed, for it is now conceded that the advice was illy given. The motions to confirm the report of the official referee are granted, the licenses issued to the respondents are revoked on the ground that they were procured by fraud, and their names ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of HARRY WISHNEW, an Attorney.— Matter referred to Hon. Burt Jay Humphrey, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

BETTY KAUFMAN and ADOLPH KAUFMAN, Respondents, v. BENJAMIN H. SPEARS, Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

ANTHONY J. KROSS and STANLEY SZELKOWSKI, Doing Business as Commercial Auto Body Builders, Respondents, v. JOHN MULLINS & SONS, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

SARAH WEISMAN, Respondent, v. TENEMENT RENOVATION CONTRACTING Co., INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

ABRAHAM BARRACK and HENRY BARRACK, Doing Business under the Firm Name and Style of BARRACK BROS., Respondents, v. SAMUEL O. DWORKIN and SAMUEL GREENBERG, Appellants.— In an action to recover on a promissory note, order setting aside verdict of a jury in favor of defendants and directing a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.